# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| United States of America<br>v.<br><br>DALLAS JONES. | )<br>)<br>) Case No.<br>)     1:19-mj-0482<br>)<br>)<br>) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **April 13, 2019** in the county of **Marion** in the **Southern** District of **Indiana**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 751(a) | Escape |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

 

*Complainant's signature*

William L. Kaulfers, Jr., Dep. U. S. Marshal, USMS
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 05/01/2019

*Judge's signature*

City and state: Indianapolis, IN     Doris L. Pryor, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Deputy United States Marshal William L. Kaulfers, Jr., being duly sworn, depose and state:

1. I have been a Deputy United States Marshal ("DUSM") with the United States Marshals Service ("USMS") for 16 years. I am a graduate of the Criminal Investigator Training Program and the Basic Deputy United States Marshal program at the Federal Law Enforcement Training Center in Glynco, Georgia. I am currently assigned to the Great Lakes Regional Fugitive Task Force, Indianapolis office of the USMS. I have an Associate's Degree in Criminal Justice and am an "investigative or law enforcement officer" of the United States. That is, an officer of the United States who is empowered by the law to conduct investigations of, and to make arrests for, the offenses enumerated in Titles 18 and 21 of the United States Code.

2. The information in this affidavit is based on my personal knowledge, training, and experience, as well as information provided to me by other law enforcement officers and individuals. I make this affidavit in support of a criminal complaint and arrest warrant charging Dallas JONES, USMS #12430-028, with Escape, in violation of 18 U.S.C. § 751(a). This affidavit does not include each and every fact known to me about the investigation, but rather only those facts that I believe are sufficient to establish the requisite probable cause.

3. On November 17, 2015, JONES was convicted in the United States District Court for the Southern District of Indiana, Cause No. 1:14-cr-136-01-SEB-DML-1, of Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1). JONES was sentenced to 48 months of imprisonment, followed by 3 years of supervised release.

4. The Federal Bureau of Prisons ("BOP") designated JONES to the Federal Correctional Institution in Leavenworth, Kansas.

5. On July 25, 2018, the BOP transferred JONES to the Volunteers of America ("VOA"), a Residential Reentry Center ("RRC") located in Indianapolis, Indiana. JONES was to remain at the VOA until his projected release date of May 26, 2019.

6. The VOA has contracted with the BOP to serve as a residential community correctional center. Facilities like the VOA assist inmates nearing the end of their sentences of confinement with the transition from confinement back to the community.

7. Inmates who reside at the VOA under the VOA-BOP contract remain in the custody of the BOP.

8. On January 10, 2019, JONES was disciplined by the VOA for deviating from the sign out locations on his issued pass without permission. As punishment for this violation, JONES was removed from the VOA and sent to the Henderson County Jail in Henderson, Kentucky.

9. On February 19, 2019, JONES was returned to the VOA.

10. That same day, JONES executed a Conditions of Residential Community Corrections in which he indicated that he understood that he was required to abide by the rules and regulations of the VOA. JONES was also apprised that he was required to return to the VOA at the time stated on his pass and that escape from an unescorted community program was a prohibited act. JONES also executed a Contractual Agreement indicating that he knew and understood these rules and regulations.

11. On April 12, 2019, JONES informed VOA staff members that he had blood in his urine. At approximately 11:00 p.m. on April 12, JONES was transported from VOA to Eskenazi Hospital by ambulance.

12. At 2:12 a.m. on April 13, 2019, VOA staff members determined that JONES's GPS monitoring unit had been removed. Staff members at Eskenazi Hospital confirmed that JONES was not at the hospital.

13. At 3:00 a.m. on April 13, 2019, VOA's Acting Residential Reentry Manager, Mary Hueter, attempted to locate JONES by contacting local hospitals and the Marion County Jail. Hueter, however, was unable to find JONES.

14. The RRC staff then initiated escape procedures but were unable to locate JONES at any jails, hospitals, or via his emergency points of contact.

15. Accordingly, on April 13, 2019, Hueter issued a Notice of Escaped Federal Prisoner on JONES.

16. JONES was supposed to return to the VOA after being treated at Eskenazi Hospital. JONES was not scheduled to be released from the VOA until May 26, 2019, and no one from either the VOA or the BOP authorized JONES to fail to return to the VOA on April 13, 2019.

17. JONES did not return to the VOA on April 13, 2019, and, as of the date of this affidavit, JONES has not returned to the VOA.

18.  Based on the foregoing facts, your affiant believes that there is probable cause to believe that JONES violated 18 U.S.C. § 751(a).

AFFIANT FURTHER SAYETH NOT.

William L. Kauffers, Jr.
Deputy United States Marshal
United States Marshals Service

Subscribed and sworn to before me this 1st day of May, 2019.

Hon. Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana